BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Gen Digital, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Robert Conohan,

Plaintiff,

vs.

Gen Digital, Inc.; and Does 1 through 25, inclusive,

Defendants.

Case No. 2:24-cv-06894-MCS-PVC

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GEN DIGITAL, INC.'S MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(2) & 12(b)(6)]**

Date: February 3, 2025
Time: 9:00 a.m.
Dept.: 7C

Judge: Mark C. Scarsi

Pursuant to Fed. R. Evid. 201, Defendant Gen Digital, Inc. ("Gen Digital") requests that this Court take judicial notice of Exhibits 1 and 2 attached to this request, which consist of the following:

| Description of Exhibit | Exhibit |
|---|---|
| Statement of Information of Gen Digital Inc. filed on August 9, 2024 with the California Secretary of State | **1** |
| California Assembly Bill 929 - Bill Analysis dated April 7, 2015 | **2** |

/ / /

Judicial notice of Exhibit 1 is appropriate because it is a true and correct copy of the records of the California Secretary of State, and is a public record. Therefore, the authenticity of Exhibit 1 "is not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); see also *Mendocino Ry. v. Ainsworth*, 113 F.4th 1181, 1188 (9th Cir. 2024) (granting request for judicial notice of statements of information filed with the California Secretary of State); *Weisbein v. Allergan, Inc.*, No. SACV200801FMOADSX, 2022 WL 1288222, at *1, n. (C.D. Cal. Mar. 28, 2022) (same).

Exhibit 2 consists of legislative history materials, of which the Court may likewise take judicial notice under Fed. R. Evid. 201(b). See *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) (granting request for judicial notice of a statute's legislative history); *Anderson v. Holder*, 673 F.3d 1089 n.1 (9th Circ. 2012) (same).

DATED: November 6, 2024

BUCHALTER
A Professional Corporation

By: /s/Artin Betpera
ARTIN BETPERA

Attorneys for Defendant
Gen Digital, Inc.