Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Robert Conohan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT CONOHAN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

GEN DIGITAL, INC., an Arizona corporation; and DOES 1 through 25, inclusive,

Defendants.

Case No.: 2:24-cv-06894-MCS-PVC

**PLAINTIFF ROBERT CONOHAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT GEN DIGITAL, INC.'S MOTION TO DISMISS COMPLAINT**

<u>Hearing</u>
Date: February 3, 2025
Time: 9:00 am
Courtroom: 7C

## REQUEST FOR JUDICIAL NOTICE

Plaintiff Robert Conohan requests that, pursuant to Federal Rule 201, the Court take judicial notice of the following documents:

1. Order re Demurrer in *Anne Heiting v. Taylor Fresh Foods, Inc.*, No. 24STCV12891 (Cal. Sup., County of Los Angeles), dated July 31, 2024.

2. Order re Demurrer in *Lillian Jurdi v. MSC Cruises (USA) LLC.*, No. 24STCV14098 (Cal. Sup., County of Los Angeles), dated September 17, 2024.

3. Order re Demurrer in *Jane Heiting v. IHOP Restaurants, LLC.*, No. 24STCV14453 (Cal. Sup., County of Los Angeles), dated October 28, 2024.

4. Order re Demurrer in *Carol Price v. Entravision Communications.*, No. 24SMCV02630 (Cal. Sup., County of Los Angeles), dated November 21, 2024.

DATED: January 3, 2025

**TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Robert Conohan

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by CM/ECF.

DATED: January 3, 2025

**TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Robert Conohan