JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Conohan, | Case No. 2:24-cv-06894-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Gen Digital Inc.; and Does 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to the Court's order, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Gen Digital Inc. The claim is dismissed without prejudice. Plaintiff Robert Conohan shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: February 19, 2025

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE